UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. <u>17-cr-20128-001</u> |
| ) | |
| ) | |
| v. ) | |
| ) | |
| TRAVIS FARRIS-BEY, ) | |
| ) | |
| Defendant. ) | |

## POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING

The United States of America notifies the Court of its position in accordance with § 6A1.2 of the United States Sentencing Guidelines and memorandum in support of same as follows:

1. The attorney for the United States received and reviewed the draft Presentence Investigation Report ("PSR") prepared and filed in this matter on December 6, 2017.

2. The United States does not object to the factual findings contained in the PSR.

3. The United States does not anticipate calling any witnesses during the sentencing hearing set on January 11, 2018. However, if the loss or factual findings contained in the PSR are disputed, the United States will call one witness.

                          Respectfully submitted,

                          D. MICHAEL DUNAVANT
                          UNITED STATES ATTORNEY

By:    s/ Damon K. Griffin
        DAMON K. GRIFFIN (BPR #23658)
        Assistant United States Attorney
        167 N. Main, Suite 800
        Memphis, Tennessee 38103
        (901) 544-4231

## **CERTIFICATE OF SERVICE**

I, Damon K. Griffin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position of the United States has been filed and served via the District Court's electronic case filing system.

Respectfully submitted this 18th day of December, 2017.

                                         s/ Damon K. Griffin
                                        DAMON K. GRIFFIN
                                        Assistant United States Attorney