PROB 35(9/17)

# United States District Court
## for the
## Western District of Tennessee
### Request for Termination of Supervision Prior to Original Expiration

Name of Offender: Travis Farris-Bey                          Docket No. 2:17CR20128-001
Name of Sentencing Judicial Officer: The Honorable John T. Fowlkes Jr., U.S. District Judge

Date of Original Sentence: 01/11/2018

Original Offense: Conspiracy to Defraud the Government and Bank Fraud

Original Sentence: Prison – 1 Day Time Served; TSR – 36 months        Type of Supervision: Supervised Release

Assistant U.S. Attorney: Damon Keith Griffin            Date Supervision Commenced: 01/11/2018

Defense Attorney: Charles E. Waldman                    Date Supervision Expires: 01/10/2021

## PETITIONING THE COURT

To allow Travis Farris-Bey's supervision to terminate prior to expiration of the original term.

## CAUSE

Travis Farris-Bey meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. He has made progressive strides toward achieving supervision objectives and appears to pose no identifiable risk to public safety. It should be noted Mr. Farris-Bey was approved for low risk supervision in December 2018. Assistant United States Attorney Damion Griffin, was contacted and takes no position to an early termination of Supervised Release.

Respectfully submitted,

s/Marnie Klyman
U.S. Probation Officer

Approved:

s/Cliff L. Caver
Supervising U.S. Probation Officer        Date: June 20, 2019

**THE COURT ORDERS:**
☐ No Action
☒ The Offender be released from Supervision
☐ Other

*s/John T. Fowlkes, Jr.*
Signature of Judicial Officer

Date: June 26, 2019